IN THE SUPREME COURT OF TEXAS

 No. 10-0216

 IN RE JEFFREY GREENSTEIN AND CHARLES H. WILK

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for stay of depositions, filed May
28, 2010, is granted. The depositions of Charles H. Wilk and Jeffrey
Greenstein scheduled for July 29 and July 30 2010, in Cause No. D-1-GN-08-
003685, styled Morton L. Topfer, et al. v. Quellos Custom Strategies LLC,
et al., in the 345th District Court of Travis County, Texas, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this June 18, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk